No. 526. CADY ET AL. *v.* MURPHY. November 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Messrs. Richard Wait* and *Robert*

706

*Hale* for petitioners.  *Mr. Nathan W. Thompson* for respondent.